## Commonwealth *v.* Stewart, Appellant.

Submitted September 18, 1970. *Jonathan Miller* and *John W. Packel,* Assistant Defenders, and *Vincent J. Ziccardi,* De-

848

fender, for appellant; *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: On appeal No. 1329, October Term, 1970, the judgment of sentence on the robbery conviction (No. 298, August Term, 1969) is vacated and the record remanded for resentence. See Act of June 24, 1939, P. L. 872, §704, 18 P.S. §4704.

Judgment of sentence affirmed in appeals at No. 1328, October Term, 1970 (No. 297, August Term, 1969) and No. 1330, October Term, 1970 (No. 299, August Term, 1969).